1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  LAWRENCE HECIMOVICH, State Bar #129688
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:      (415) 554-3933
6  Facsimile:      (415) 554-4248
   E-Mail:         larry.hecimovich@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO AND
   SHERIFF MICHAEL HENNESSEY
9

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13  KEVIN HEUER,                            | Case No. CV 09-5331 CRB

14       Plaintiff,                         | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING TRIAL DATE**

15       vs.                                | Trial Date:          November 15, 2010
                                            | Proposed Trial Date: February 14, 2011
16  CITY AND COUNTY OF SAN
    FRANCISCO; MICHAEL HENNESSEY, in
17  His Capacity as Sheriff of the City and County
    of San Francisco; and Does 1-25, inclusive,
18
         Defendants.
19

20

21

22

23

24

25

26

27

28  STIPULATION AND PROPOSED ORDER        1    c:\documents and settings\erosenbluth.rlw\local settings\temporary
    RE CONTINUANCE -- Case No. CV 09-5331      internet files\olkc70\00642018.doc

1    Plaintiff Kevin Heuer and Defendant City and County of San Francisco hereby request that the

2    Court continue the trial date in this matter. The trial is currently set for November 15, 2010. The

3    Parties request a trial date on or after February 14, 2011.

4    The only other date currently on calendar is the October 26, 2010 pre-trial conference.

5    Good cause exists for the continuance for the following reasons:

6    The parties expended considerable time and energy in ADR proceedings in this matter. After

7    extensive preparation, the parties mediated the case with Steven J. Rosenberg on May 5, 2010.

8    Following the mediation, Plaintiff contemplated staying this matter pending the Department's

9    further promotional selections from the list he is on. Plaintiff has now determined that he wishes to

10   proceed rather than request a stay of proceedings. Plaintiff's counsel informed the City of that

11   determination on July 20.

12   Plaintiff's counsel has been involved in significant litigation in Southern California throughout

13   the last several months. Counsel for the City has a two week foreign vacation set for August 8 and a

14   trial set for early September. The City has issued written discovery and is set to conduct Plaintiff's

15   deposition on August 27.

16   The City contemplates moving for summary judgment after conducting Plaintiff's deposition.

17   Plaintiff has informed the City of his intent to depose Sherriff Hennessey and other relevant witnesses.

18   This is the Parties' first request for a continuance. Neither Party will be prejudiced by a

19   continuance.

20

21

22

23

24

25

26

27

28   STIPULATION AND PROPOSED ORDER          2      c:\documents and settings\erosenbluth.rlw\local settings\temporary
     RE CONTINUANCE – Case No. CV 09-5331            internet files\olkc70\00642018.doc

1   Accordingly, the parties request that the Court continue the trial date to a date convenient for

2   the Court.

3   Dated:  July 23, 2010

4                                                      DENNIS J. HERRERA
                                                       City Attorney
5                                                      ELIZABETH S. SALVESON
                                                       Chief Labor Attorney
6                                                      LAWRENCE HECIMOVICH
                                                       Deputy City Attorney
7

8                                             By:_____
9                                                      LAWRENCE HECIMOVICH
                                                       Attorneys for Defendant
10                                                     CITY AND COUNTY OF SAN FRANCISCO

11   Dated:  July 23, 2010

12                                                     RAINS, LUCIA, STERN P.C.
                                                       HARRY STERN
13                                                     ELLEN P. ROSENBLUTH

14

15                                            By:_____
                                                       ELLEN P. ROSENBLUTH
16                                                     Attorneys for Plaintiff
                                                       KEVIN HEUER

17

18   **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

19       1.      The Court continue the November 15, 2010 trial date to __Feb 14, 2011 @ 8:30 a.m.__,

20       2.      The Court reset the October 26, 2010 Pre-Trial Conference to __Feb. 8, 2011 @ 2:30 p.m.__.

21

22   **SO ORDERED:**

23

24   Dated:  July 26, 2010
                                                       IT IS SO ORDERED
25   THE HON                                                                         EYER
     UNITED S                                          Judge Charles R. Breyer
26

27

28   STIPULATION AND PROPOSED ORDER                    c:\documents and settings\erosenbluth.rlw\local settings\temporary
     RE CONTINUANCE – Case No. CV 09-5331              internet files\olkc70\00642018.doc