1  Harry Stern (SBN 176854)
   **RAINS LUCIA STERN, PC**
2  2300 Contra Costa Blvd., Suite 500
3  Pleasant Hill, CA 94523
   Tel: (925) 609-1699
4  Fax: (925) 609-1690
   Email: hstern@rslawyers.com
5

6  Attorneys for Plaintiff
   KEVIN HEUER
7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| KEVIN HEUER, | Case No. C09-05331 CRB |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND ALL ATTENDANT DATES |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; MICHAEL HENNESSEY, in his Capacity as Sheriff of the City and County of San Francisco; and DOES 1-25 inclusive, | |
| Defendants. | |

   The parties to this action, by and through their attorneys of record hereby stipulate to continue the trial date and all attendant dates.

   Trial of this action is currently set in this Court for February 14, 2011. The only other date currently on calendar is the February 8, 2011 pre-trial conference.

   Good cause exists for the continuance for the following reasons:

   The Department has issued a new examination and Sergeant Heuer participated in that examination and has been informed that he will be a candidate for promotional consideration under the new list. Since it remains possible that Sergeant Heuer will be promoted, reducing the damages, a continuance to a later date in 2011 would conserve court resources and convenience the parties and witnesses.

   Parties request that the February 8, 2011 pre-trial conference be converted into a case management conference.

Stipulation to Continue Trial Date                             USDC Case No. C09-05331
                                        1

1 THEREFORE, the parties hereby request that the Court vacate the February 14, 2011 trial date and order the parties to appear on February 8, 2011 for a case management conference.

**IT IS SO STIPULATED.**

Dated: December 10, 2010        SAN FRANCISCO CITY ATTORNEY

By: _____
Dennis J. Herrera
Elizabeth S. Salveson
Lawrence Hecimovich
Attorney for Defendant
City and County of San Francisco

Dated: December ___, 2010       RAINS LUCIA STERN, PC

By: _____
Harry S. Stern
Attorney for Plaintiff
Kevin Heuer

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. The Court hereby vacates the February 14, 2011 trial date;
2. The Court hereby orders the Parties to appear on February 8, 2011 for a case management conference.

**IT IS SO ORDERED:**

Dated: Dec. 10, 2010

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)