IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN HEUER,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

No. C 09-05331 CRB

**JUDGMENT**

    Having granted Defendants' Motion for Summary Judgment, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: November 14, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5331\judgment.wpd